Mathew K. Higbee, Esq.
California Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff*,
LISA CORSON

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| LISA CORSON**,** | **Case No. 2:23-cv-05528 CAS-AGR** |
| Plaintiff, | **[PROPOSED] ORDER FOR JUDGMENT** |
| v. | |
| LUXURY HOUSE SEARCH LLC; AMANI MCGREGOR, individually; and DOES 1 through 10 inclusive, | |
| Defendants. | |

### [PROPOSED] JUDGMENT

This case is before the Court on Plaintiff Lisa Corson's Motion for Entry of Default Judgment ("Motion") [Doc.____], seeking default judgment against Defendant Luxury House Search LLC and Defendant Amani McGregor (collectively, "Defendants"). The Clerk of the Court for the Central District of California entered the default of Defendant Luxury House Search LLC and Defendant Amani McGregor on January 9, 2024. [Doc. 20].

At this time, Plaintiff seeks Default Judgment against Defendants in the amount of $23,512.00 and also requests the opportunity to file a written request upon entry of the default judgment to have the attorney's fee fixed by the Court.

The Plaintiff's Motion was properly served on Defendants on January 20, 2024. Having considered all matters of record, the arguments of counsel, all

responses and replies, if any, and the applicable legal authorities, it is hereby **ORDERED, ADJUDGED, and DECREED as follows:**

1.    Plaintiff's Motion for Default Judgment [Doc. _____] is GRANTED;

2.    Judgment is hereby entered in favor of Plaintiff Lisa Corson, and against Defendant Luxury House Search LLC and Defendant Amani McGregor pursuant to 17 U.S.C. § 55(b)(2);

3.    Defendants are hereby ordered to pay statutory damages for willful copyright infringement pursuant to 17 U.S.C. § 504 in the amount of $ _____;

4.    Defendants are hereby ordered to pay statutory damages for unauthorized removal of copyright management information pursuant to 17 U.S.C. § 1203 in the amount of $_____;

5.    Defendants are hereby ordered to pay Plaintiff's costs pursuant 17 U.S.C. § 505 in the amount of $_____;

6.    Post-judgment interest shall accrue at the rate of _____% per annum, in accordance with 28 U.S.C. § 1961, from the date of entry of this Judgment until the Judgment Amount and all accrued interest are paid in full by Defendant Luxury House Search LLC and Defendant Amani McGregor to the Plaintiff; and,

7.    The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

There being no just reason for delay in the entry of this Judgment, the Court hereby directs the clerk to enter judgment against Defendant Luxury House Search LLC and Defendant Amani McGregor pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Dated:_____                    _____
                                          Hon.  Christina A. Snyder
                                          United States District Judge

2